■ FLORENCE F. FAAS, as Administratrix of the Estate of CHARLES T. FAAS, Deceased, Respondent, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., LTD., Appellant.— Order unanimously affirmed, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.